IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 19-cv-00190-RBJ | Date: | February 12, 2019 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| WILDGRASS OIL AND GAS COMMITTEE | *Joseph A. Salazar* |
| | *James D. Leftwich* |
| **Plaintiff** | |
| v. | |
| STATE OF COLORADO | *William V. Allen* |
| JARED S. POLIS | *David A. Beckstrom* |
| COLORADO OIL AND GAS CONSERVATION | *Kyle W. Davenport* |
| COMMISSION | *Eric R. Olson* |
| JEFFREY ROBBINS | |
| **Defendants** | |

## COURTROOM MINUTES

**HEARING ON TEMPOARARY RESTRAINING ORDER – DAY TWO**

Court in Session:  11:02 a.m.

Discussion held on status of the case and requests by the plaintiff.

Judge Jackson remains on the bench as the plaintiff's counsel confers with client off record.

**ORDERED:** **As agreed to by the commission and Extraction, Extraction will not begin drilling until June of 2019.**

**The forced pooling hearing will take place in March, as stated on the record.**

**The Court reserves a block of time after the commission's hearing on March 26, 2019 at 9:00 a.m., if needed.**

Court in Recess:  11:31 a.m.          Hearing concluded.    Total time in Court:  00:29