IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00190-RBJ-NYW

WILDGRASS OIL AND GAS COMMITTEE,

      Plaintiff

v.

STATE OF COLORADO; JARED S. POLIS, in his official capacity as Governor of the State of Colorado; COLORADO OIL AND GAS CONSERVATION COMMISSION; and JEFFREY ROBBINS, in his official capacity as Acting Director of the Colorado Oil and Gas Conservation Commission,

      Defendants.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, the Wildgrass Oil and Gas Committee ("WOGC"), by and through their attorneys, Joseph A. Salazar of Colorado Rising for Communities, and James D. Leftwich of MindDrive Legal Services, LLC, hereby submit this Unopposed Motion for Extension of Time. In support thereof, Plaintiff states the following:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1, Plaintiff conferred with counsel for Defendants and Intervenors regarding the relief requested in this Motion. Defendants and Intervenors do not object to the relief requested herein.

### BACKGROUND

1.     Plaintiff filed a Complaint for Temporary Restraining Order and Injunction against State Defendants on January 23, 2019 alleging four causes of action: 1) violation of the Privileges and Immunities Clause; 2) violation of Procedural and Substantive Due Process; 3)

violation of Freedom of Speech and Association; and 4) violation of the Contract Clause. [**Complaint, Doc. 1**].

2.     Plaintiff alleges that Colorado's forced pooling statute, facially and as applied by State Defendants, violates the constitutional rights of its members.

3.     After hearing oral arguments on February 8, and 12, 2019, the Court ordered Defendant Colorado Oil and Gas Commission ("Defendant COGCC") to hold a hearing to address Plaintiff's due process concerns by March 12, 2019.

4.     The Court reserved March 26, 2019, as a follow up hearing to address any additional concerns.

5.     On March 12, 2019, Defendant COGCC did hold a hearing. However, many of Plaintiff's due process concerns were not fully addressed by Defendant COGCC, and additional constitutional concerns arose during the hearing.

6.     Plaintiff's counsel advised Defendants' counsel that Plaintiff would file an amended complaint.

7.     On March 25, 2019, the American Petroleum Institute and Colorado Oil and Gas Association filed a Motion to Intervene and, as an attachment, a "Proposed Motion to Dismiss". [**Motion to Intervene, Doc. 45**].

8.     After reviewing Intervenors' Proposed Motion to Dismiss, Plaintiff will file an Amended Complaint that will: 1) withdraw its Privileges and Immunities claim; and 2) provide further background and evidence to address those issues raised in the Proposed Motion to Dismiss.

9.     As Intervenors have filed a Proposed Motion to Dismiss, Plaintiff's filing of an Amended Complaint is a matter of right pursuant to F.R.C.P. 15(a)(1)(B).

10. Defendants and Intervenors, via email confirmation, have agreed to a 14-day extension for Plaintiff to respond to the Proposed Motion to Dismiss, if the Court requires a response after the filing of the Amended Complaint. D.C.COLO.LCivR 6.1(a).

11. Plaintiff has not previously sought any extensions of time.

WHEREFORE, Plaintiff requests that this Court grant this Unopposed Motion for Extension of Time to respond to Intervenors' Proposed Motion to Dismiss, should the Court require a response after the filing of the Amended Complaint. The extension of time would be limited to 14 days.

Dated:  April 11, 2019            Respectfully submitted,

By:    /s/Joseph A. Salazar
COLORADO RISING FOR COMMUNITIES
Joseph A. Salazar, #35196
PO Box 370
Eastlake, CO 80614-0370
(303) 895-7044 – Office
joe@corising.org

MINDDRIVE LEGAL SERVICES, LLC
James D. Leftwich, #38510
1295 Wildwood Rd.
Boulder, CO 80305-5641
(720) 470-7831 – Office
dan@minddrivelegal.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on this **11th** day of **April, 2019**, the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** was sent to the following via CM/ECF:

Office of the Colorado Attorney General
Will Allen
Kyle Davenport
David Beckstrom
Eric Olson
1300 Broadway, 10th Floor
Denver, CO 80203
will.allen@coag.gov
kyle.davenport@coag.gov
eric.olson@coag.gov
david.beckstrom@coag.gov

Attorneys for State Defendants

Brownstein Hyatt Farber Schreck, LLP
Stanley L. Garnett
Mark J. Mathews
David B. Meschke
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
sgarnett@bhfs.com
mmathews@bhfs.com
dmeschke@bhfs.com

                                          */s/ Joseph A. Salazar*
                                          Joseph A. Salazar