IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00190-RBJ-NYW

WILDGRASS OIL AND GAS COMMITTEE,

        Plaintiff

v.

STATE OF COLORADO; JARED S. POLIS, in his official capacity as Governor of the State of Colorado; COLORADO OIL AND GAS CONSERVATION COMMISSION; and JEFFREY ROBBINS, in his official capacity as Acting Director of the Colorado Oil and Gas Conservation Commission,

        Defendants.

---

## F.R.C.P. 15(a)(1)(B) MOTION TO AMEND COMPLAINT

---

Plaintiff, the Wildgrass Oil and Gas Committee ("Wildgrass"), by and through their attorneys, Joseph A. Salazar of Colorado Rising for Communities, and James D. Leftwich of MindDrive Legal Services, LLC, hereby submit this F.R.C.P. 15(a)(1)(B) Motion to Amend Complaint. In support thereof, Plaintiff states the following:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1, Plaintiff conferred with counsel for Defendants and Intervenors regarding the relief requested in this Motion. Defendants and Intervenors reserved any objection to this motion until they review the complaint.

1.     Plaintiff filed a Complaint for Temporary Restraining Order and Injunction against State Defendants on January 23, 2019 alleging four causes of action: 1) violation of the Privileges and Immunities Clause; 2) violation of Procedural and Substantive Due Process; 3)

violation of Freedom of Speech and Association; and 4) violation of the Contract Clause. [
**Complaint, Doc. 1**].

2.      Plaintiff alleges that Colorado's forced pooling statute, facially and as applied by
State Defendants, violates the constitutional rights of its members.

3.      After hearing oral arguments on February 8, and 12, 2019, the Court ordered
Defendant Colorado Oil and Gas Commission ("Defendant COGCC") to hold a hearing to
address Plaintiff's due process concerns by March 12, 2019.

4.      The Court reserved March 26, 2019, as a follow up hearing to address any
additional concerns.

5.      On March 12, 2019, Defendant COGCC did hold a hearing. However, many of
Plaintiff's due process concerns were not fully addressed by Defendant COGCC, and additional
constitutional concerns arose during the hearing.

6.      Wildgrass advised Defendants that it would file an amended complaint.

7.      On March 25, 2019, the American Petroleum Institute and Colorado Oil and Gas
Association filed a Motion to Intervene and, as an attachment, a "Proposed Motion to Dismiss".
[**Motion to Intervene, Doc. 45**].

8.      After reviewing Intervenors' Proposed Motion to Dismiss, Plaintiff intends to file
the attached Amended Complaint that will: 1) withdraw its Privileges and Immunities claim; 2)
provide further background and evidence to address those issues raised in the Proposed Motion
to Dismiss; and 3) incorporate additional facts since the March 12, 2019 COGCC hearing.

9.      Pursuant to federal rules:

> *A party may amend its pleading once as a matter of course…:*

> *(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.*

F.R.C.P. 15(a)(1)(B).

10.     Intervenors' Motion to Dismiss was filed on March 25, 2019. As the Amended Complaint will be filed with this Motion, it complies with the 21 day rule in F.R.C.P. 15(a)(1)(B). Allowing Wildgrass to file an amended complaint serves the interest of judicial economy and will assist in advancing other pretrial proceedings. Fed.R.Civ.P. 15(a)(1)(B) 2009 advisory committee's notes.

WHEREFORE, Plaintiff requests that this Court grant this F.R.C.P. 15(a)(1)(B) Motion to Amend Complaint.

Dated:  April 15, 2019                    Respectfully submitted,

By:     /s/Joseph A. Salazar
        COLORADO RISING FOR COMMUNITIES
        Joseph A. Salazar, #35196
        PO Box 370
        Eastlake, CO 80614-0370
        (303) 895-7044 – Office
        joe@corising.org

        MINDDRIVE LEGAL SERVICES, LLC
        James D. Leftwich, #38510
        1295 Wildwood Rd.
        Boulder, CO 80305-5641
        (720) 470-7831 – Office
        dan@minddrivelegal.com

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on this **15th** day of **April, 2019**, the foregoing **F.R.C.P. 15(a)(1)(B) MOTION TO AMEND COMPLAINT** was sent to the following via CM/ECF:

Office of the Colorado Attorney General
Will Allen
Kyle Davenport
David Beckstrom
Eric Olson
1300 Broadway, 10th Floor
Denver, CO 80203
will.allen@coag.gov
kyle.davenport@coag.gov
eric.olson@coag.gov
david.beckstrom@coag.gov

Attorneys for State Defendants

Brownstein Hyatt Farber Schreck, LLP
Stanley L. Garnett
Mark J. Mathews
David B. Meschke
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
sgarnett@bhfs.com
mmathews@bhfs.com
dmeschke@bhfs.com

*/s/ Joseph A. Salazar*
Joseph A. Salazar